**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**
Presiding in Grand Junction, Colorado

Courtroom Deputy:   Patricia Glover         Date:   May 2, 2016
Court Reporter:       Terri Lindblom
Probation Officer:    Denise Dohanic

Criminal Action No. 15-cr-00266-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,                 Peter Hautzinger

        Plaintiff,

v.

DALTON BELL,                                      Brian Leedy

        Defendant.

_____

### SENTENCING MINUTES
_____

**8:29 a.m.        Court in session**.

Defendant present on bond.

**Change of Plea Hearing on January 14, 2016 before Magistrate Judge Gordon P. Gallagher.  Defendant pled guilty to Count 1 of the Indictment.**  The Court adopts the recommendation of the Magistrate Judge to accept the defendant's plea of guilty to Count 1 of the Indictment and confirms that defendant was advised with regard to the appeal waiver contained in the Plea Agreement.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #31)** Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**       Defendant's Motion for Non-Guideline Sentence **(Doc. #31)** is **GRANTED in part and DENIED in part.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**       Defendant shall report to the facility designated by the United States Bureau of Prisons within 15 days of such designation.

**ORDER:**       Bond will be exonerated at the time defendant reports to the designated facility.

**9:15 a.m.**       **Court in recess.**

Total Time:     46 minutes.
Hearing concluded.